STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
SUSAN L. SMITH, CA STATE BAR NO.: 253808
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (510) 970-4857
    Fax: (415) 744-0134
    E-mail: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ERICA RUIZ, | No. 2:21-CV-04197-JFW-PVC |
| Plaintiff, | **ORDER AWARDING EAJA FEES** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND DOLLARS AND 00/100 ($5,000) and ZERO DOLLARS ($0.00) in costs, subject to the terms of the stipulation.

DATED: July 28, 2022

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE